**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-00786-WJM

ARVALEE G. BECKER,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

---

**ORDER GRANTING STIPULATED MOTION FOR EQUAL ACCESS TO JUSTICE ACT ATTORNEY'S FEES**

---

This matter comes before the Court on the Parties' Stipulated Motion for Equal Access to Justice Act Attorney's Fees, filed July 24, 2013 (ECF No. 20). The Court having reviewed the Stipulation and being fully advised hereby ORDERS as follows:

The Parties' Stipulated Motion is GRANTED. Plaintiff is entitled to the requested attorney's fees in the amount of $6,685.00 under EAJA, 28 U.S.C. § 2412. Payment shall be made to Plaintiff directly, care of his attorney, at:

    Frederick W. Newall, Esq.
    730 N. Weber St., Suite #101
    Colorado Springs, CO 80903

It is FURTHER ORDERED that Plaintiff's Opposed Motion for Attorney Fees Under EAJA filed July 5, 2013 (ECF No. 19) is hereby DENIED as MOOT.

Dated this 24th day of July, 2013.

BY THE COURT:

William J. Martínez
United States District Judge